UNITED STATES DISTRICT COURT
CLASS ACTION LAW SUIT 1983 CIVIL RIGHTS

RALPH WILSON LINGO
PETITIONER FOR THE CLASS ACTION LAW SUIT
OF THE M-DORM MEDICAL INMATES
THE HOUSTON COUNTY JAIL
DOTHAN, ALABAMA

RECEIVED
2010 SEP -8 A 11: 14
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

1:10-cv-752-TMH

DEMAND FOR JURY TRIAL

V.S.

SHERIFF: ANDY HUGHES
JAIL ADMINISTOR OF HOUSTON CO.: KEITH REED
PHYSICIANS ASST MEDICAL: JASON SMOKES, PA

A MOTION TO THE COURT, THE INMATES IN THE HOUSTON CO. JAIL OF DOTHAN, ALA. ARE BRINGING THE CIVIL RIGHTS LAW SUIT AGAINST THE THREE DEFENDANTS AFORE MENTIONED THE FOLLOWING NAMED OF THE CLASS ACTION LAW SUIT

THE NAMES OF THE INMATES FILING AND PARTICIPATING IN THE LAW SUIT ARE: ALL THE INMATES LISTED ARE PETITIONING AS WELL CLAY PACE. MICHAEL TURNER. ALMONZO OUSLEY. KENNY JACKSON, MONTANA JORDAN WINDSOR, JOHN MICHAEL SANDERS. RALPH W. LINGO. WILLIAM C. TURNER. KEVIN W. DIXON TODD R. POPPS. ELTON CRUMBLEY. CHARLES JOHNSON, JOSEPH URGENT. MICHAEL HOLIFIELD. JOHNNY HUTTO. GREG PARRISH. GERALD THOMPSON. DOUGLAS CRAPPS. CRAIG CORDELL. JOSEPH J. PORTER. IVEY CULBREATH. DWIGHT FRAZIER. THOMAS BARNET. WILLIE B. JONES. BILLY HELMS.

(Page 1 of 5)

SCANNED

THERE ARE 25 INMATES IN THIS CLASS ACTION LAW SUIT EVERY INMATE GAVE HIS OWN STATEMENT AND SIGNED THE INMATES DID NOT QUOTE THE LAW OR THE CONSTITUTIONAL LAWS, WE THE INMATES ARE BRINGING THE CLASS ACTION LAW SUIT AGAINST THE THREE DEFENDANTS IN THE LAW SUIT BECAUSE WE HAVE TRIED SEVERAL TIMES TO WORK THIS PROBLEM OUT, IT HAS BEEN IGNORED, THE INMATES ARE IN CRITICAL PAIN FOR 12-14 HOURS, THE INMATES ARE ASKING THE COURT FOR COURT ORDERS AGAINST THE SHERIFF; ANDY HUGHES, THE JAIL ADMINISTRATOR; KEITH REED FOR PROTECTION FROM RETALIATION: CANNOT TAKE OUR VISITATIONS, COMMISSARY, PHONE PRIVILEDGES, T.V., MATRESSES, CANNOT MAKE US SCRUB THE FLOOR ON OUR HANDS AND KNEES, CANNOT PUT US IN LOCK UP, SLOW DOWN OR OPEN OUR LEGAL MAIL GOING OUT OR COMING IN, CANNOT INFLUENCE THE IN PENDING CASES NOR HENDER US FROM APPEARING IN COURT ON TIME, OR TAKE ANYTHING ELSE AWAY FROM US.

WE ASK FOR A COURT ORDER FOR MEDICAL; WE BE CHARGED NO MORE THAN THREE DOLLARS PER VISIT AND CAN ONLY BE CHARGED ONCE FOR THE SAME PROBLEM, CANNOT BE CHARGED FOR MEDICATION, BE CHARGED FOR X-RAYS, IT DOESN'T MATTER WHEATHER YOU ARE A STATE OR COUNTY INMATE.

WILL SEND A COPY OF EXHIBIT A — RESIDENT HISTORY REPORT; ELTON CRUMBLEY #57628 M-18, THIS WILL GIVE AN IDEA OF HOW THE INMATES ARE OVER CHARGED.

THE PLAINTIFS IN THIS CLASS ACTION SUIT ARE ASKING THE COURT TO APPOINT US ATTOURNEYS AND INVESTIGATORS TO REPRESENT ALL 25 PLAINTIFS.

THE PETITIONERS HAVE NO WAY TO MAKE COPIES AND NO MONEY TO MAKE COPIES TO SEND TO THE DEFENDANTS.

WE ASKING THAT THE JAIL PROVIDED UPDATED LAW LIBRARY, WITH LAW BOOKS, STATE AND FEDERAL, THE JAIL DOES NOT HAVE A LAW LIBRARY — TO THEM WHAT CONSTITUTES A LIBRARY ARE BOXES OF SUPPLEMENTAL LAW BOOK — WHICH ARE OF LITTLE TO NO USE AND THEY ARE OUTDATED. There is no Sheppard citation, no Sheppard name citator, no AL rule of courts, no Alabama West digest — no Code of Alabama (1975), no reference manuels — no Typewriter — no legal paper — no computer — no S02d no F2d books or sheppards name and citations reports, no index for federal citator or citation for U.S. Supreme Court, no standard forms used to challage an unlawful conviction

When your legal mail transcripts come in to the Jail The mail Room will take Your transcripts out and want to charge 50 cents per page to give it to you. The Petioners ask for this to be investigated and stopped. No legal Mail can be opened by Mail room or by the officer only the petioners and inmates will open their mail in front of the officers delivering the mail. And the officers cannot read your legail mail.

When your family brings you money to put on the books. You don't get a receipt. The officer will tell you to write a request then they will charge you one dollar for a copy of your balance or to check Your comissary amount. Petitioners ask for this to be investigated and stopped and the money refunded.

The petitioners are asking for a Jury trial. Unless the attorneys and the petitioners can work it out.

The water in the cell cold water is turned off. We have to drink water from the side. The water we cannot drink because it have too much chemical in it.

A copy of the jail rules will be enclosed. Exibit B and C rules are not being enforced.

## certificate of service

I hereby certify that on the __7__ day of __9-7-2010__. I did serve a copy of the forego in on by U.S. mail Postage prefaid. and properly addressed as Follows;   Date __9-7-2010__

cc: office of the clerk.
Hon. ms. Debre P. Hackett, clerk
UNITED STATES DISTRICT COURT
  P.O. BOX 711
MONTGOMERY, ALABAMA 36101-0711

petitioner
Ralph Wilson Lingo #24877. M-4
901 E. Mail St.
Dothan, AL 36301
Ralph W. Lingo
Date __9-7-2010__

Ralph LINGO
#24877, M-4
901 E. Main St.
Dothan, AL 36301



HOUSTON COUNTY JAIL
INMATE MAIL

Legal Mail

Office of the Clerk.
Hon. Ms. Debre P. Hackett, clerk
UNITED STATES DISTRICT COURT
P. O. Box 711
MONTGOMERY, ALABAMA 36101-0711

Legal Mail          (Legal Mail)