IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, #190083, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:10-CV-752-WKW [WO] |
| | ) |
| SHERIFF ANDY HUGHES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 8), and upon an independent review of the record, it is ORDERED that the Recommendation is adopted, and that Plaintiff's motion to certify case as a class action (Doc. # 1) is DENIED.

DONE this 20th day of October, 2010.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE