IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RALPH WILSON LINGO, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:10-CV-752-WKW [WO] |
| ) | |
| ANDY HUGHES, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On October 29, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 21.) Upon an independent review of the file in this case and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED, and that the case is DISMISSED without prejudice.

DONE this 17th day of November, 2010.

                                                    /s/ W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE